42 U.S.C. 1983 ~~[redacted]~~ BIVENS

UNITED STATES EASTERN DIVISION

DISTRICT OF AMERICA

SGT. RONALD WAYNE LEWIS

PRO-SE INMATE 114350



VS.                                3:21cv163

RICHMOND POLICE DEPARTMENT

~~OFFICER URBAN~~

OFFICER LEVY

CHIEF OF POLICE GERALD M. SMITH

VICTORIA PEARSON

COMES NOW RONALD WAYNE LEWIS PRO-SE AND PRAY THIS HONORABLE COURT GRANT THIS MOTION

ON APRIL 15, 2020 I, RONALD WAYNE LEWIS HAD A WARRANT A CAPIAS FOR FAILURE TO APPEAR FOR CHILD SUPPORT IN JUDGE LANGER COURT IN OLIVER HILL COURTHOUSE SO JUST LOOK AT 911 REPORT ON THIS ADDRESS 3601 JEFFERSON DAVIS HWY. APT. 10 RICHMOND, VA. 23234 I, RONALD WAYNE LEWIS KNEW I HAD A WARRANT FOR CHILD SUPPORT CAPIAS SO I WAITED WITH A SMILE ON MY FACE FOR A KNOCK ON MY DOOR SO THEY KNOCK I OPEN THE DOOR JUST LOOK AT BODY CAM FOOTAGE I WAS TASED BY S.W.A.T R.P.D. AND SENT TO HOSPITAL EMERGENCY ROOM.

S.W.A.T. HAD GUNS DRAWN READY OFFICER LEVY ARRESTED ME THAT DAY APRIL 15, 2020 OFFICER URBAN ARRESTED ME OCTOBER 21, 2020 AT THE GRAB AND GO STORE BODY CAM FOR BOTH ARREST OK. I, RONALD WAYNE LEWIS A INMATE REQUEST TO FILE INFORMA PAUPAS BECAUSE NO INCOME IN JAIL.

I, RONALD WAYNE LEWIS REQUEST $17, TRILLION DOLLARS IN PUNITIVE AND PAIN AND SUFFERING

ON THIS DAY 25th OF FEBRUARY 2021 I CERTIFY THAT TRUE EXACT COPY WAS MAIL TO ALL PARTIES INVOLVED: G.M.A. LAWFIRM, BEN CRUMP GOV. RALPH NORTHAM, PRESIDENT JOE BIDEN AND MAYOR LAVARM. STONEY.

Yours Truly,

Sgt. RONALD WAYNE LEWIS
Also SP+ Enforcement Officer
*Ronald Wayne Lewis*
March 1, 2021

DATE: MARCH 1, 2021

CC — G.M.A. LAWFIRM
BEN CRUMP LAWFIRM
GOV. RALPH NORTHAM
PRESIDENT, JOE BIDEN
MAYOR LAVAR STONEY

Ronald Wayne Lewis #1114350
1701 Fair Field WAY
Richmond D, VA 23223

The Richmond City Jail has neither censored nor inspected this item, therefore the Department does not assume responsibility for its content

LEGAL MAIL

RICHMOND VA 230
15 MAR 2021 PM 2

UNITED STATES District Court
Eastern Division
701 East Broad Street
Richmond, VA 23219